Samuel A. Diddle, ISB #4967
EBERLE, BERLIN, KADING, TURNBOW
   & McKLVEEN, CHTD.
1111 W. Jefferson St., Suite 530
P.O. Box 1368
Boise, ID 83701-1368
Telephone: (208) 344-8535
Facsimile: (208) 344-8542
Email: sdiddle@eberle.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| JOHN LLOYD, an individual, | Case No. |
|                   Plaintiff, | Twin Falls Court Case No. CV42-20-0030 |
| vs. | **NOTICE OF REMOVAL FROM STATE COURT** |
| BLUE CROSS OF IDAHO HEALTH SERVICE, INC. , an Idaho corporation doing business as BLUE CROSS OF IDAHO, | |
|                   Defendant. | |

     PLEASE TAKE NOTICE THAT Defendant Blue Cross of Idaho Health Service, Inc., an Idaho not-for-profit mutual insurance company (hereinafter "Defendant"), by and through its attorneys of record, and respectfully allege as follows:

     1.     This notice of removal is filed pursuant to 28 U.S.C. §§ 1331, 1446(a) and (b) for the purpose of removing this action from the Fifth Judicial District of the State of Idaho, in and for the County of Twin Falls.

     2.     On or about January 10, 2020, Defendant received notice of this action. A true and correct copy of the entire state court record and the Register of Actions is attached hereto as **Exhibit A**. This action was brought in the Fifth Judicial District of the State of Idaho, in and for the

**NOTICE OF REMOVAL FROM STATE COURT – PAGE 1**
6065-167\00824080.000

County of Twin Falls, styled and captioned exactly as above, and assigned Case No. CV42-20-0030. No other pleadings or papers have been filed in this action with the exception of a Notice of Removal to Federal Court, a copy of which is attached as **Exhibit B**.

3.      Case No. CV42-20-0030 is a civil action in which Plaintiff seeks to recover against Defendant for alleged benefits owed under an employee benefit plan, which is subject to the Employee Retirement Income Security Act of 1974 ("ERISA"). See Plaintiff's Complaint at Paragraph 1, Declaration of Christy Thomas at Paragraphs 1 through 4 and Exhibit A thereto.

4.      Plaintiff's Complaint attempts to state common law claims including claims alleging breach of contract, bad faith and estoppel, which claims are totally preempted by ERISA, which creates an exclusive federal cause of action over employee benefits claims. In particular, Plaintiff's claims against the Defendant arise under the laws of the United States, namely ERISA. The well-pleaded complaint rule does not bar removal of this action due to complete preemption of the state common law claim under ERISA.

5.      The above-entitled action is a civil suit under an employee welfare benefit plan arising under ERISA, 29 U.S.C. § 1132 *et seq.* This Court has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. § 1331, and under § 1132(f) of ERISA, without respect to the amount in controversy or citizenship of the parties. Removal of this action to this Court is proper pursuant to 28 U.S.C. § 1446(a), (b) and/or (d).

6.      Pursuant to 28 U.S.C. § 1446(a), (b) and (d), this state court action that was commenced in the Fifth Judicial District of the State of Idaho, in and for the County of Twin Falls, may be removed to the United States District Court for the District of Idaho.

7.      Proper notice will be given this date to Plaintiff herein by and through his counsel of record, and to the clerk of the District Court of the Fifth Judicial District of the State of Idaho, in and

**NOTICE OF REMOVAL FROM STATE COURT – PAGE 2**

for the County of Twin Falls, which will be filed with the District Court of the Fifth Judicial District of the State of Idaho, in and for Twin Falls County.  A true and correct copy of the Notice is attached hereto as **Exhibit B** and by this reference incorporated as if set forth in full.

9.     As of this date, upon the information and belief of Defendant, one return of service has been filed with the Fifth Judicial District Court, Twin Falls County, Idaho.

WHEREFORE, Defendant prays that the above-entitled action pending against it in the District Court of the Fifth Judicial District of the State of Idaho, in and for Twin Falls County, be removed to this Court.

DATED this 31st day of January, 2020.

EBERLE, BERLIN, KADING, TURNBOW
& McKLVEEN, CHARTERED

By____/s/ Samuel A. Diddle_____
    Samuel A. Diddle, of the firm
    Attorneys for Defendant

**NOTICE OF REMOVAL FROM STATE COURT – PAGE 3**
6065-167\00824080.000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was served upon the following attorney this 31st day of January, 2020, as indicated below and addressed as follows:

Brian J. Hilverda
Steven R. McRae
Adam J. Ondo
HILVERDA MCRAE, PLLC
PO Box 1233
Twin Falls, ID  83303
*Attorneys for Plaintiff*

☒ U.S. Mail
☐ Hand Delivery
☐ Overnight Mail
☒ Email
   bhilverda@magicvalleylegal.com
☐ ECF Notice

_____
*/s/ Samuel A. Diddle*
Samuel A. Diddle

**NOTICE OF REMOVAL FROM STATE COURT – PAGE 4**
6065-167\00824080.000

EXHIBIT "A"

## Case Information

CV42-20-0030 | John Lloyd Plaintiff, vs. Blue Cross of Idaho Health Service, Inc. Defendant

| | | |
|---|---|---|
| Case Number | Court | Judicial Officer |
| CV42-20-0030 | Twin Falls County District Court | Cluff, Benjamin J. |
| File Date | Case Type | Case Status |
| 01/02/2020 | AA- All Initial District Court Filings (Not E, F, and H1) | Active - Pending |

## Party

Plaintiff
Lloyd, John

Active Attorneys ▾
Lead Attorney
Hilverda, Brian James
Retained

Defendant
Blue Cross of Idaho Health Service, Inc.

Aliases
*DBA* Blue Cross of Idaho

## Events and Hearings

01/02/2020 Initiating Document - District

01/02/2020 Complaint Filed ▾

Comment
and Demand for Jury Trial

01/02/2020 Summons Issued

01/02/2020 Civil Case Information Sheet

01/06/2020 Summons ▾

Served
01/10/2020

01/21/2020 Affidavit of Service ▾

Comment
On Friday, January 10, 2020, at 10:45 AM, I served the within named Blue Cross of Idaho Health Service, Inc. dlb/a Blue Cross of Idaho by delivering a true copy of the Summons, Complaint and Demand for a Jury Trial to Nancy Kimball, Records Custodian

**Financial**

Lloyd, John

|  |  |  |  |
|---|---|---|---|
| Total Financial Assessment | | | $221.00 |
| Total Payments and Credits | | | $221.00 |

| | | | | |
|---|---|---|---|---|
| 1/3/2020 | Transaction Assessment | | | $221.00 |
| 1/3/2020 | EFile Payment | Receipt # 0000220-2020-R42 | Lloyd, John | ($221.00) |

*Served 4/15/18 by appearance...*
*- Nancy Barbara*

Brian J. Hilverda [ISB No. 7952]
Steven R. McRae [ISB No. 7984]
Adam J. Ondo [ISB No. 10389]
HILVERDA MCRAE, PLLC
812 Shoshone Street East
P.O. Box 1233
Twin Falls, ID 83303-1233
Telephone No. (208) 944-0755
Facsimile No. (208) 736-0041
bhilverda@magicvalleylegal.com

Attorneys for Plaintiff

### IN THE DISTRICT COURT OF THE FIFTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF TWIN FALLS

| | |
|---|---|
| JOHN LLOYD, an individual, | Case No. CV42-20-0030 |
| Plaintiff, | |
| vs. | **SUMMONS** |
| BLUE CROSS OF IDAHO HEALTH SERVICE, INC., a general business corporation, d/b/a BLUE CROSS OF IDAHO, | |
| Defendant. | |

<u>NOTICE: YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFFS</u>: THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU RESPOND WITHIN 21 DAYS. <u>READ THE INFORMATION BELOW</u>.

TO: _____ BLUE CROSS OF IDAHO HEALTH SERVICE, INC. d/b/a BLUE CROSS OF IDAHO

The nature of the claim against you is General Damages, Breach of Contract, Bad Faith, Estoppel, Special damages and Attorney Fees.

You are hereby notified that in order to defend this lawsuit, an appropriate written response must be filed with the Twin Falls District Court, located at 427 Shoshone St. N., PO Box 126., Twin Falls, Idaho 83303-0126 within 21 days after service of this Summons on you. The Twin Falls District Court can be reached at 208-736-4025.

A copy of the Complaint is served with this Summons. If you wish to seek the advice of or representation by an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

An appropriate written response requires compliance with Rule 10(a)(1) and other Idaho Rules of Civil Procedure and shall also include:

1. The title and number of this case.
2. If your response is an Answer to the Complaint, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim.
3. Your signature, mailing address and telephone number, or the signature, mailing address and telephone number of your attorney.
4. Proof of mailing or delivery of a copy of your response to plaintiff's attorney, as designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named court.

DATED ___1/3/2020_____.

CLERK OF THE DISTRICT COURT

By: _Elisha Raney_____
Deputy Clerk

Electronically Filed
1/2/2020 2:33 PM
Fifth Judicial District, Twin Falls County
Kristina Glascock, Clerk of the Court
By: Elisha Raney, Deputy Clerk

Brian J. Hilverda [ISB No. 7952]
Steven R. McRae [ISB No. 7984]
Adam J. Ondo [ISB No. 10389]
HILVERDA MCRAE, PLLC
812 Shoshone Street East
P.O. Box 1233
Twin Falls, ID 83303-1233
Telephone No. (208) 944-0755
Facsimile No. (208) 736-0041
bhilverda@magicvalleylegal.com

Attorneys for Plaintiff

## IN THE DISTRICT COURT OF THE FIFTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF TWIN FALLS

| | |
|---|---|
| JOHN LLOYD, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>BLUE CROSS OF IDAHO HEALTH SERVICE, INC., a general business corporation, d/b/a BLUE CROSS OF IDAHO,<br><br>        Defendant. | Case No. __CV42-20-0030__<br><br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

Plaintiff JOHN LLOYD, by and through his attorney of record, Hilverda McRae, PLLC, hereby submits the following *Complaint and Demand for Jury Trial* against Defendant BLUE CROSS OF IDAHO HEALTH SERVICE, INC., d/b/a BLUE CROSS OF IDAHO.

### PARTIES AND JURISDICTION

1.  JOHN LLOYD ("Lloyd") is a resident of Twin Falls, Twin Falls County, Idaho.

2.  Upon information and belief, BLUE CROSS OF IDAHO HEALTH SERVICE, INC., d/b/a BLUE CROSS OF IDAHO ("Blue Cross") is presently, and at all relevant times herein has been, a general business corporation doing business in the state of Idaho.

## JURISDICTION

3.  Venue is proper in Twin Falls County, Idaho, pursuant to Idaho Code § 5-404, because Twin Falls County is the county in which the cause of action arose.

4.  Jurisdiction is proper in the District Court pursuant to Idaho Code § 5-514 and in that the amount of damages exceeds $10,000.00.

## COUNT I – BREACH OF CONTRACT

5.  Plaintiff realleges each and every allegation previously stated and incorporate by reference those allegations as if set forth at length.

6.  Plaintiff's Blue Cross of Idaho's group health insurance policy number 10037173, provided Plaintiff with health insurance coverage in 2018, Twin Falls, Twin Falls County, Idaho.

7.  On October 7, 2018, Plaintiff was treated at St. Luke's Magic Valley Regional Medical Center.

8.  On October 15 ,2018, Plaintiff was treated by Mark W. Wright, DDS.

9.  On October 15, 2018, Defendant Blue Cross pre-approved Plaintiff's dental implants.

10. On October 19, 2018, Plaintiff underwent dental implant surgery.

11. The group policy holder, Milk Hauler Services, intentionally paid Defendant Blue Cross for insurance coverage through October 31, 2018 for their employees.

12. On October 23, 2018, the group policy holder, Milk Hauler Services, emailed Defendant Blue Cross informing them all employees had been laid-off.

13. After receiving the October 23, 2018, email from the group policy holder, Defendant Blue Cross proceeded to backdate the group policy cancellation to September 30, 2018.

14. On October 24, 2018, Defendant Blue Cross prepared a letter to Plaintiff informing him the health insurance policy was terminated as of September 30, 2018.

15. The denial of benefits is a breach of the insurance contract, which caused direct and consequential damages to Plaintiff.

16. Plaintiff is entitled to collect in an amount over $10,000 dollars to be proven at trial, plus interest at the rate of twelve percent (12%) per annum accruing since the date of breach until the date of judgment pursuant to Idaho Code § 28-22-104.

## COUNT II – BAD FAITH

17. Plaintiff realleges each and every allegation previously stated and incorporate by reference those allegations as if set forth at length.

18. Defendant has continued in its denial of benefits despite knowledge of facts that would provide coverage. Defendant's denial of benefits is unreasonable and not fairly debatable and as such amounts to the tort of bad faith.

19. As a direct and approximate result of Defendants' bad faith as asserted herein, Plaintiff has been deprived of the benefits to which he is entitled and was forced to incur expenses to obtain the benefits to which they were otherwise entitled and Plaintiff has otherwise been damaged in amounts to be determined at trial.

## COUNT III – ESTOPPEL

20.   Plaintiff realleges each and every allegation previously stated and incorporate by reference those allegations as if set forth at length.

21.   Defendant advised Plaintiff and his medical providers that he was insured and that he was pre-approved for the medical treatment. As such, Plaintiff relied on this statement of pre-approval. Defendant did not inform Plaintiff of insurance coverage cancellation until after medical and dental visits occurred.

22.   Defendant pre-approved dental implants on October 15, 2019, then denied payment of the dental implants on October 24, 2019.

23.   As a direct and approximate result of Defendants' estoppel as asserted herein, Plaintiff has been deprived of the benefits to which he is entitled and was forced to incur expenses to obtain the benefits to which they were otherwise entitled and Plaintiff has otherwise been damaged in amounts to be determined at trial.

## ATTORNEY'S FEES

24. Plaintiff claims attorney's fees pursuant to Idaho Code, including I.C. §§ 41-1839 and 12-121.  In the event of default, a reasonable attorney's fee is thirty-five (35%) percent of the total amount recovered.

## DEMAND FOR JURY TRIAL

25. A jury trial is demanded on all issues.  Plaintiff will not stipulate to a jury of less than twelve members.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff John Lloyd pray for judgment against the Defendant as follows:

1.  For special damages in an amount in the health insurance policy's benefits;

2. For general damages in an amount to be proven at trial

3. For reasonable attorney's fees and costs of suit;

4. For interest at the statutory rate; and

5. For such other and further relief as the Court deems just and proper.

DATED this 2nd day of January, 2020.

HILVERDA MCRAE, PLLC


By: /s/ Brian J. Hilverda
    Brian J. Hilverda
    Attorney for Plaintiff

**EXHIBIT "B"**

Samuel A. Diddle, ISB #4967
EBERLE, BERLIN, KADING, TURNBOW
   & McKLVEEN, CHTD.
1111 W. Jefferson St., Suite 530
P.O. Box 1368
Boise, ID 83701-1368
Telephone: (208) 344-8535
Facsimile: (208) 344-8542

Attorneys for Defendant

IN THE DISTRICT COURT OF THE FIFTH JUDICIAL DISTRICT OF THE

STATE OF IDAHO IN AND FOR THE COUNTY OF TWIN FALLS

| | |
|---|---|
| JOHN LLOYD, an individual,<br><br>            Plaintiff,<br><br>vs.<br><br>BLUE CROSS OF IDAHO HEALTH SERVICE, INC., an Idaho corporation doing business as BLUE CROSS OF IDAHO,<br><br>            Defendant. | Case No. CV42-20-0030<br><br>**NOTICE OF REMOVAL TO FEDERAL COURT** |

TO:    Plaintiff above named and his counsel of record; and to the Clerk of the District Court of the Fifth Judicial District of the State of Idaho, in and for Twin Falls County:

    PLEASE TAKE NOTICE that Defendant Blue Cross of Idaho Health Service, Inc. filed on the 31st day of January, 2020, a Notice of Removal from State Court of the above-entitled cause from the District Court of Fifth Judicial District of the State of Idaho, in and for Twin Falls County, to the United States District Court for the District of Idaho, and said District Court of the Fifth Judicial District of the State of Idaho, in and for Twin County, shall proceed no further unless the case is remanded.

**NOTICE OF REMOVAL TO FEDERAL COURT – PAGE 1**
6065-167\00824078.000

A true and correct copy of the Notice of Removal From State Court is attached hereto as **Exhibit A**, and by this reference incorporated herein as if set forth in full.

DATED this 31st day of January, 2020.

EBERLE, BERLIN, KADING, TURNBOW
& McKLVEEN, CHARTERED


By____/s/ Samuel A. Diddle_____
    Samuel A. Diddle, of the firm
    Attorneys for Defendant

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was served upon the following attorney this 31st day of January, 2020, as indicated below and addressed as follows:

Brian J. Hilverda
Steven R. McRae
Adam J. Ondo
HILVERDA MCRAE, PLLC
PO Box 1233
Twin Falls, ID  83303
*Attorneys for Plaintiff*

☐ U.S. Mail
☐ Hand Delivery
☐ Overnight Mail
☒ Icourt/Email
<u>bhilverda@magicvalleylegal.com</u>

*/s/ Samuel A. Diddle*
Samuel A. Diddle

**NOTICE OF REMOVAL TO FEDERAL COURT – PAGE 3**

EXHIBIT "A"

Samuel A. Diddle, ISB #4967
EBERLE, BERLIN, KADING, TURNBOW
   & MCKLVEEN, CHTD.
1111 W. Jefferson St., Suite 530
P.O. Box 1368
Boise, ID  83701-1368
Telephone:  (208) 344-8535
Facsimile:  (208) 344-8542

Attorneys for Defendant

IN THE DISTRICT COURT OF THE FIFTH JUDICIAL DISTRICT OF THE

STATE OF IDAHO IN AND FOR THE COUNTY OF TWIN FALLS

| | |
|---|---|
| JOHN LLOYD, an individual,<br><br>               Plaintiff,<br><br>vs.<br><br>BLUE CROSS OF IDAHO HEALTH<br>SERVICE, INC. ,  an Idaho corporation doing<br>business as BLUE CROSS OF IDAHO,<br><br>               Defendant. | Case No. CV42-20-0030<br><br>**NOTICE OF REMOVAL TO FEDERAL<br>COURT** |

TO:   Plaintiff above named and his counsel of record; and to the Clerk of the District Court of the
Fifth Judicial District of the State of Idaho, in and for Twin Falls County:

     PLEASE TAKE NOTICE that Defendant Blue Cross of Idaho Health Service, Inc. filed on

the 31st day of January, 2020, a Notice of Removal from State Court of the above-entitled cause

from the District Court of Fifth Judicial District of the State of Idaho, in and for Twin Falls County,

to the United States District Court for the District of Idaho, and said District Court of the Fifth

Judicial District of the State of Idaho, in and for Twin County, shall proceed no further unless the

case is remanded.

**NOTICE OF REMOVAL TO FEDERAL COURT – PAGE 1**
6065-167\00824078.000

A true and correct copy of the Notice of Removal From State Court is attached hereto as **Exhibit A**, and by this reference incorporated herein as if set forth in full.

DATED this 31st day of January, 2020.

EBERLE, BERLIN, KADING, TURNBOW
& McKLVEEN, CHARTERED


By    /s/ Samuel A. Diddle
     Samuel A. Diddle, of the firm
     Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was served upon the following attorney this 31st day of January, 2020, as indicated below and addressed as follows:

Brian J. Hilverda
Steven R. McRae
Adam J. Ondo
HILVERDA MCRAE, PLLC
PO Box 1233
Twin Falls, ID  83303
*Attorneys for Plaintiff*

☐ U.S. Mail
☐ Hand Delivery
☐ Overnight Mail
☒ Icourt/Email
    bhilverda@magicvallylegal.com

*/s/ Samuel A. Diddle*
Samuel A. Diddle

EXHIBIT "A"

**Case Information**

CV42-20-0030 | John Lloyd Plaintiff, vs. Blue Cross of Idaho Health Service, Inc. Defendant,

Case Number
CV42-20-0030
File Date
01/02/2020

Court
Twin Falls County District Court
Case Type
AA- All Initial District Court Filings (Not E, F, and H1)

Judicial Officer
Cluff, Benjamin J.
Case Status
Active - Pending

**Party**

Plaintiff
Lloyd, John

Active Attorneys ▾
Lead Attorney
Hilverda, Brian James
Retained

Defendant
Blue Cross of Idaho Health Service, Inc.

Aliases
*DBA* Blue Cross of Idaho

**Events and Hearings**

01/02/2020 Initiating Document - District

01/02/2020 Complaint Filed ▾

Comment
and Demand for Jury Trial

01/02/2020 Summons Issued

01/02/2020 Civil Case Information Sheet

01/06/2020 Summons ▾

Served
01/10/2020

01/21/2020 Affidavit of Service ▾

Comment
On Friday, January 10, 2020, at 10:45 AM, I served the within named Blue Cross of Idaho Health Service, Inc. d/b/a Blue Cross of Idaho by delivering a true copy of the Summons, Complaint and Demand for a Jury Trial to Nancy Kimball, Records Custodian

**Financial**

Lloyd, John
    Total Financial Assessment                                             $221.00
    Total Payments and Credits                                          $221.00

| Date | Transaction | | | Amount |
|------|-------------|---|---|--------|
| 1/3/2020 | Transaction Assessment | | | $221.00 |
| 1/3/2020 | EFile Payment | Receipt # 0000220-2020-R42 | Lloyd, John | ($221.00) |

Brian J. Hilverda [ISB No. 7952]
Steven R. McRae [ISB No. 7984]
Adam J. Ondo [ISB No. 10389]
HILVERDA MCRAE, PLLC
812 Shoshone Street East
P.O. Box 1233
Twin Falls, ID 83303-1233
Telephone No. (208) 944-0755
Facsimile No. (208) 736-0041
bhilverda@magicvalleylegal.com

Attorneys for Plaintiff

## IN THE DISTRICT COURT OF THE FIFTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF TWIN FALLS

| | |
|---|---|
| JOHN LLOYD, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>BLUE CROSS OF IDAHO HEALTH SERVICE, INC., a general business corporation, d/b/a BLUE CROSS OF IDAHO,<br><br>  Defendant. | Case No. CV42-20-0030<br><br><br>**SUMMONS** |

<u>NOTICE: YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFFS</u>: THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU RESPOND WITHIN 21 DAYS. <u>READ THE INFORMATION BELOW.</u>

TO: _____ BLUE CROSS OF IDAHO HEALTH SERVICE, INC. d/b/a BLUE CROSS OF IDAHO

The nature of the claim against you is General Damages, Breach of Contract, Bad Faith, Estoppel, Special damages and Attorney Fees.

You are hereby notified that in order to defend this lawsuit, an appropriate written response must be filed with the Twin Falls District Court, located at 427 Shoshone St. N., PO Box 126., Twin Falls, Idaho 83303-0126 within 21 days after service of this Summons on you. The Twin Falls District Court can be reached at 208-736-4025.

SUMMONS
| - 1 -

A copy of the Complaint is served with this Summons. If you wish to seek the advice of or representation by an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

An appropriate written response requires compliance with Rule 10(a)(1) and other Idaho Rules of Civil Procedure and shall also include:

1. The title and number of this case.
2. If your response is an Answer to the Complaint, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim.
3. Your signature, mailing address and telephone number, <u>or</u> the signature, mailing address and telephone number of your attorney.
4. Proof of mailing or delivery of a copy of your response to plaintiff's attorney, as designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named court.

DATED ___1/3/2020_____.

CLERK OF THE DISTRICT COURT

By: _Elisha Ranu_____
    Deputy Clerk

Electronically Filed
1/2/2020 2:33 PM
Fifth Judicial District, Twin Falls County
Kristina Glascock, Clerk of the Court
By: Elisha Raney, Deputy Clerk

Brian J. Hilverda [ISB No. 7952]
Steven R. McRae [ISB No. 7984]
Adam J. Ondo [ISB No. 10389]
HILVERDA MCRAE, PLLC
812 Shoshone Street East
P.O. Box 1233
Twin Falls, ID 83303-1233
Telephone No. (208) 944-0755
Facsimile No. (208) 736-0041
bhilverda@magicvalleylegal.com


Attorneys for Plaintiff


## IN THE DISTRICT COURT OF THE FIFTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF TWIN FALLS

| | |
|---|---|
| JOHN LLOYD, an individual, | Case No. CV42-20-0030 |
| Plaintiff, | |
| vs. | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| BLUE CROSS OF IDAHO HEALTH SERVICE, INC., a general business corporation, d/b/a BLUE CROSS OF IDAHO, | |
| Defendant. | |

Plaintiff JOHN LLOYD, by and through his attorney of record, Hilverda McRae, PLLC, hereby submits the following *Complaint and Demand for Jury Trial* against Defendant BLUE CROSS OF IDAHO HEALTH SERVICE, INC., d/b/a BLUE CROSS OF IDAHO.

## PARTIES AND JURISDICTION

1. JOHN LLOYD ("Lloyd") is a resident of Twin Falls, Twin Falls County, Idaho.

2.   Upon information and belief, BLUE CROSS OF IDAHO HEALTH SERVICE, INC., d/b/a BLUE CROSS OF IDAHO ("Blue Cross") is presently, and at all relevant times herein has been, a general business corporation doing business in the state of Idaho.

## JURISDICTION

3.   Venue is proper in Twin Falls County, Idaho, pursuant to Idaho Code § 5-404, because Twin Falls County is the county in which the cause of action arose.

4.   Jurisdiction is proper in the District Court pursuant to Idaho Code § 5-514 and in that the amount of damages exceeds $10,000.00.

## COUNT I – BREACH OF CONTRACT

5.   Plaintiff realleges each and every allegation previously stated and incorporate by reference those allegations as if set forth at length.

6.   Plaintiff's Blue Cross of Idaho's group health insurance policy number 10037173, provided Plaintiff with health insurance coverage in 2018, Twin Falls, Twin Falls County, Idaho.

7.   On October 7, 2018, Plaintiff was treated at St. Luke's Magic Valley Regional Medical Center.

8.   On October 15 ,2018, Plaintiff was treated by Mark W. Wright, DDS.

9.   On October 15, 2018, Defendant Blue Cross pre-approved Plaintiff's dental implants.

10. On October 19, 2018, Plaintiff underwent dental implant surgery.

11. The group policy holder, Milk Hauler Services, intentionally paid Defendant Blue Cross for insurance coverage through October 31, 2018 for their employees.

12. On October 23, 2018, the group policy holder, Milk Hauler Services, emailed Defendant Blue Cross informing them all employees had been laid-off.

13. After receiving the October 23, 2018, email from the group policy holder, Defendant Blue Cross proceeded to backdate the group policy cancellation to September 30, 2018.

14. On October 24, 2018, Defendant Blue Cross prepared a letter to Plaintiff informing him the health insurance policy was terminated as of September 30, 2018.

15. The denial of benefits is a breach of the insurance contract, which caused direct and consequential damages to Plaintiff.

16. Plaintiff is entitled to collect in an amount over $10,000 dollars to be proven at trial, plus interest at the rate of twelve percent (12%) per annum accruing since the date of breach until the date of judgment pursuant to Idaho Code § 28-22-104.

## COUNT II – BAD FAITH

17. Plaintiff realleges each and every allegation previously stated and incorporate by reference those allegations as if set forth at length.

18. Defendant has continued in its denial of benefits despite knowledge of facts that would provide coverage. Defendant's denial of benefits is unreasonable and not fairly debatable and as such amounts to the tort of bad faith.

19. As a direct and approximate result of Defendants' bad faith as asserted herein, Plaintiff has been deprived of the benefits to which he is entitled and was forced to incur expenses to obtain the benefits to which they were otherwise entitled and Plaintiff has otherwise been damaged in amounts to be determined at trial.

## COUNT III – ESTOPPEL

20.    Plaintiff realleges each and every allegation previously stated and incorporate by reference those allegations as if set forth at length.

21.    Defendant advised Plaintiff and his medical providers that he was insured and that he was pre-approved for the medical treatment. As such, Plaintiff relied on this statement of pre-approval. Defendant did not inform Plaintiff of insurance coverage cancellation until after medical and dental visits occurred.

22.    Defendant pre-approved dental implants on October 15, 2019, then denied payment of the dental implants on October 24, 2019.

23.    As a direct and approximate result of Defendants' estoppel as asserted herein, Plaintiff has been deprived of the benefits to which he is entitled and was forced to incur expenses to obtain the benefits to which they were otherwise entitled and Plaintiff has otherwise been damaged in amounts to be determined at trial.

## ATTORNEY'S FEES

24. Plaintiff claims attorney's fees pursuant to Idaho Code, including I.C. §§ 41-1839and 12-121.  In the event of default, a reasonable attorney's fee is thirty-five (35%) percent of the total amount recovered.

## DEMAND FOR JURY TRIAL

25. A jury trial is demanded on all issues.  Plaintiff will not stipulate to a jury of less than twelve members.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff John Lloyd pray for judgment against the Defendant as follows:

1.  For special damages in an amount in the health insurance policy's benefits;

2.  For general damages in an amount to be proven at trial

3.  For reasonable attorney's fees and costs of suit;

4.  For interest at the statutory rate; and

5.  For such other and further relief as the Court deems just and proper.

DATED this 2nd day of January, 2020.

HILVERDA MCRAE, PLLC


By: /s/ Brian J. Hilverda
     Brian J. Hilverda
     Attorney for Plaintiff